LOUIS WINDMULLER, Respondent, *v.* STANDARD DISTILLING AND DISTRIBUTING COMPANY, Appellant.

*Windmuller* v. *Standard D. & D. Co.,* 106 App. Div. 246, affirmed.
(Argued October 23, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

June 14, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a contract guaranteeing the payment of dividends on certain stock.

*Charles C. Deming* and *Levy Mayer* for appellant.

*John S. Sheppard, Jr.,* and *George H. Engelhard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: GRAY, J. Not sitting: WILLARD BARTLETT, J.